# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIER CORP.,<br><br>      Plaintiff,<br><br>  v.<br><br>GOODMAN GLOBAL, INC., GOODMAN MANUFACTURING COMPANY, L.P., GOODMAN GLOBAL HOLDINGS, INC., GOODMAN DISTRIBUTION, INC., and GOODMAN SALES COMPANY,<br><br>      Defendants. | C.A. No. 12-930-SLR |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the deadline for the close of fact discovery shall be extended only to allow for the depositions of Ge Hu, Lawrence Woods, Deepak Budhiraja, and the designees of Honeywell International Inc., MindTree Limited, Inc., and Emerson Climate Technologies, Inc.  All other dates shall remain the same.

| | |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Jason J. Rawnsley* |
| Jack B. Blumenfeld (#1014) | Frederick L. Cottrell, III (#2555) |
| Maryellen Noreika (#3208) | Jason J. Rawnsley (#5379) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 1201 North Market Street | 920 North King Street |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302) 658-9200 | cottrell@rlf.com |
| jblumenfeld@mnat.com | rawnsley@rlf.com |
| mnoreika@mnat.com | |
| | *Attorneys for Defendants Goodman Global, Inc., Goodman Manufacturing Company, L.P., Goodman Global Holdings, Inc., Goodman Distribution, Inc., & Goodman Sales Company* |
| *Attorneys for Plaintiff Carrier Corp.* | |

Dated:  October 7, 2013

SO ORDERED this _____ day of October, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

RLF1 9358977v.1