IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-930-SLR |
| | ) |
| GOODMAN GLOBAL, INC., et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 30th day of September, 2014, having reviewed the e-mail exchange between the parties regarding post-trial briefing;

IT IS ORDERED that post-trial briefing shall be conducted consistent with the following schedule:

1. Opening briefs on or before **October 22, 2014** (no longer than 40 pages).

2. Opposition briefs on or before **November 12, 2014** (no longer than 40 pages).

3. Reply briefs on or before **November 24, 2014** (no longer than 20 pages).

IT IS FURTHER ORDERED that the issues of damages and willfulness shall not be addressed until the jury verdict has been reviewed by the Federal Circuit.

United States District Judge