IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CARRIER CORP.,

      Plaintiff,

    v.

GOODMAN GLOBAL, INC., GOODMAN
MANUFACTURING COMPANY, L.P.,
GOODMAN GLOBAL HOLDINGS, INC.,
GOODMAN DISTRIBUTION, INC., and
GOODMAN SALES COMPANY,

      Defendants.

C.A. No. 12-930-SLR

REDACTED
PUBLIC VERSION

UNDER SEAL EXHIBITS TO THE DECLARATION OF PAUL R. MORICO
IN SUPPORT OF GOODMAN'S ANSWERING BRIEF IN OPPOSITION
TO PLAINTIFF'S MOTION FOR A PERMANENT INJUNCTION

OF COUNSEL:

Scott F. Partridge
Paul R. Morico
Elizabeth Durham Flannery
Ali Dhanani
Lisa Maria Thomas
Michelle J. Eber
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1569

Dated:  November 12, 2014

Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com

*Attorneys for Defendants Goodman Global,
Inc., Goodman Manufacturing Company,
L.P., Goodman Global Holdings, Inc.,
Goodman Distribution, Inc., & Goodman
Sales Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to registered participants, and further certify that I caused copies of the foregoing document to be served upon the following via electronic mail:

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mnatcarrierservice@list.mnat.com

*Attorneys for Plaintiff Carrier Corp.*

Gregg F. LoCascio, P.C.
Sean M. McEldowney
Katharine M. Burke
Joseph Edell
Anders P. Fjellstedt
Abigail E. Lauer
KIRKLAND & ELLIS LLP
655 15th Street N.W., Suite 1200
Washington, D.C. 20005
#Carrier-Goodman@kirkland.com

*Attorneys for Plaintiff Carrier Corp.*

*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com

# EXHIBITS 1-7, 10, 12-13 & 16-17

# REDACTED IN THEIR ENTIRETY

# EXHIBIT 18

1          CONFIDENTIAL - DAVID S. MEYERS
2        IN THE UNITED STATES DISTRICT COURT
3          FOR THE DISTRICT OF DELAWARE
4

5   CARRIER CORPORATION,
            Plaintiff,
6   vs.
    GOODMAN GLOBAL, INC., GOODMAN
7   MANUFACTURING COMPANY, L.P., GOODMAN
    GLOBAL HOLDINGS, INC., GOODMAN DISTRIBUTION,
8   INC., and GOODMAN SALES COMPANY,
            Defendants,
9   vs.
    GOODMAN MANUFACTURING COMPANY, L.P. and
10  GOODMAN DISTRIBUTION, INC.,
            Counterclaim Plaintiffs,
11  vs.
    CARRIER CORPORATION,
12          Counterclaim Defendant. /
13
14

15     VIDEOTAPE DEPOSITION OF DAVID S. MEYERS
16               WASHINGTON, D.C.
17          Thursday, August 29, 2013
18
19
20
21
22
23
24  JOB NO. 64662
25  REPORTED BY:  Kathy Savich, RPR, CLR

Page 38

CONFIDENTIAL - DAVID S. MEYERS
1
2    the residential -- for the residential
3    market --
4            MR. FJELLSTEDT:  Objection.
5    Form.
6    BY MR. MORICO:
7        Q.    -- than those that we've just
8    discussed?
9        A.    No, not that -- I mean, my
10   understanding of the question, no, not that
11   I'm aware of.
12       Q.    All right.  The Carrier
13   Enterprise and Sigler, do they have exclusive
14   distribution rights in the regions they're
15   permitted to sell or area -- strike that.
16           Carrier Enterprise and Sigler,
17   do they have exclusive distribution rights
18   for Carrier residential HVAC units in the
19   regions they're permitted to sell?
20       A.    Yes, they do.
21       Q.    So does that mean independent
22   distributors are not permitted to sell in
23   those regions?
24       A.    They cannot.
25           But I will add, all of our

Page 39

CONFIDENTIAL - DAVID S. MEYERS
1
2    distributors are treated equally and all have
3    exclusivity to Carrier brands in their
4    respective territories.
5        Q.    I see.  So each distributor has
6    an exclusive relationship with Carrier in
7    that they can only sell Carrier products; is
8    that true?
9            MR. FJELLSTEDT:  Objection.
10   Form.
11           THE WITNESS:  Will you ask the
12   question again.
13   BY MR. MORICO:
14       Q.    Yes.  Each distributor has an
15   exclusive relationship with Carrier for their
16   region that permits them to sell only Carrier
17   products; is that true?
18           MR. FJELLSTEDT:  Same objection.
19           THE WITNESS:  How do you define
20   "products"?
21   BY MR. MORICO:
22       Q.    Residential HVAC units or
23   systems.
24       A.    All distributors sell a
25   multitude of products and brands that include

Page 40

CONFIDENTIAL - DAVID S. MEYERS
1
2    units, accessories, parts, supplies.
3        Q.    Let me ask you a different
4    question.  Your distributors, are they
5    permitted to sell your competitors' products?
6        A.    It depends on the product.
7        Q.    How about for residential HVAC
8    units?
9        A.    What type of units?
10       Q.    Any type of unit.
11           MR. FJELLSTEDT:  Objection.
12   Form.
13   BY MR. MORICO:
14       Q.    Let me come at this another
15   way.  Earlier you said that all of Carrier's
16   distributors, whether they're independent or
17   they're with Carrier Enterprise or Sigler,
18   have an exclusive arrangement.  Is one aspect
19   of that exclusive arrangement that for their
20   territories no one else will sell Carrier
21   residential HVAC products?
22       A.    Yes.
23       Q.    But the exclusivity doesn't
24   necessarily work the other way in the sense
25   that they're only permitted to sell

Page 41

CONFIDENTIAL - DAVID S. MEYERS
1
2    Carrier-branded HVAC products; is that also
3    true?
4        A.    Can you ask that -- I don't
5    understand the question.
6        Q.    All right.  So the exclusivity
7    works at least one way in the sense that
8    Carrier distributors don't have to worry
9    about competing with other distributors for
10   the regions for which they have exclusivity,
11   at least with respect to selling Carrier
12   residential HVAC units, correct?
13       A.    That is correct.
14       Q.    All right.  And earlier we were
15   talking about some of those distributors have
16   certain rights to sell competitive
17   residential HVAC products, correct?
18       A.    That's not true.
19       Q.    Okay.  So all of the Carrier
20   distributors -- none -- strike that.
21           Is it true that none of the
22   Carrier distributors are permitted to sell
23   your competitors' products?  And by
24   "competitors," I'm referring to residential
25   HVAC systems or accessories.

11   (Pages 38 to 41)

Page 42

```
1        CONFIDENTIAL - DAVID S. MEYERS
2         A.    That is true that they cannot
3   sell a competitor's unit.
4         Q.    Does Carrier have any
5   relationships with any retail companies, such
6   as Sears, currently to sell residential HVAC
7   systems?
8         A.    We do.
9         Q.    Can you identify for me who
10  those retail companies are.
11        A.    Sears.
12        Q.    Anybody else?
13        A.    Not that I'm aware of.
14        Q.    So if I were to go to Home
15  Depot or Lowe's, I couldn't buy a Carrier
16  air-conditioning unit?
17        A.    We do not have a relationship
18  with Lowe's or Home Depot, so no.
19        Q.    All right.  Would your
20  distributors be able to sell to them, to the
21  end user market?
22        A.    They could.
23        Q.    So if I were to go to a Lowe's
24  and there was a Carrier unit for sale, that
25  would have come through one of your
```

Page 43

```
1        CONFIDENTIAL - DAVID S. MEYERS
2   distributors, not directly from Carrier?
3         A.    Correct.
4         Q.    I see.  Okay.
5         Other than the chart you've
6   drawn --
7              MR. MORICO:  And I guess,
8   actually, why don't we mark that as
9   Exhibit 2.  Go ahead and do that.
10            (MEYERS EXHIBIT NO. 2 WAS MARKED
11       FOR IDENTIFICATION.)
12  BY MR. MORICO:
13        Q.    Other than the chart that we've
14  drawn and the Carrier Enterprise and Sigler
15  entities that we've talked about, are there
16  any other Carrier entities, Carrier-owned
17  entities or entities that Carrier has some
18  ownership interest which are involved in the
19  manufacture or sale of residential HVAC
20  units?
21            MR. FJELLSTEDT:  Objection.
22       Form.
23            THE WITNESS:  Not that I'm aware
24       of.
25  BY MR. MORICO:
```

Page 44

```
1        CONFIDENTIAL - DAVID S. MEYERS
2         Q.    Topic 24 talks about the basis
3   for Carrier's decision to sue Goodman
4   alleging infringement of the patents-in-suit.
5   Did you have any involvement in the decision
6   to sue Goodman for patent infringement?
7         A.    Me personally, no.
8         Q.    Can you tell me what
9   individuals within the Carrier organization
10  were involved in that decision?
11            MR. FJELLSTEDT:  I would object
12       to the extent that that question is
13       calling for any privileged information
14       if there's anything you've learned
15       from discussions with counsel, in
16       particular, and any communications you
17       had with counsel regarding that
18       decision.
19            If you can answer outside of
20       that, go ahead.
21            THE WITNESS:  I cannot.
22  BY MR. MORICO:
23        Q.    You can't identify who was
24  involved in the decision?
25        A.    I cannot.  I don't know.
```

Page 45

```
1        CONFIDENTIAL - DAVID S. MEYERS
2         Q.    I see.  You can't answer
3   because you don't know, not because of some
4   privilege issue?
5         A.    I don't know.
6         Q.    But you weren't involved in
7   that decision; is that fair?
8         A.    I was not.
9         Q.    Do you know why Goodman was a
10  target of the lawsuit and not any of
11  Carrier's other competitors?
12            MR. FJELLSTEDT:  And I'd just
13       object to the extent the question
14       calls for any privileged information.
15       Beyond that, you can answer.
16            THE WITNESS:  I do not.
17  BY MR. MORICO:
18        Q.    Do you know when that decision
19  was made?
20            MR. FJELLSTEDT:  The same
21       objection, the same caution, but you
22       may answer.
23            THE WITNESS:  I do not.
24  BY MR. MORICO:
25        Q.    Do you know the first time
```

12  (Pages 42 to 45)

CONFIDENTIAL - DAVID S. MEYERS

1  CONFIDENTIAL - DAVID S. MEYERS
2  orders. So in an effort not to disappoint
3  our customers, we wanted to provide them at
4  least a thermostat to use until we could keep
5  up with demand. And once we got production
6  bak up to demand, we would then send them a
7  user interface that they could then replace
8  the builder thermostat that they had to use
9  in the interim.
10      Q.   I see.
11      A.   And frankly, viewed this as
12  something that was unanticipated and
13  perceived extremely favorably.
14      Q.   The -- is the $75 labor
15  reimbursement something that one gets with
16  the Cool Cash Promotion?
17      A.   No. This was enabled to
18  compensate the contractor for having to go
19  back to the home to take off the builder
20  thermostat to put on the new interface.
21      Q.   So these measures that are
22  discussed here are compensation to the
23  builder. These Items A through D have
24  nothing to do with the Cool Cash Promotion
25  then?

1  CONFIDENTIAL - DAVID S. MEYERS
2      A.   These have -- they do not.
3  They have 100 percent to do with the fact
4  that a dealer accepted this product, sold it
5  to an end user, not a builder, and that we
6  wanted to ensure that they were compensated
7  for us in catching up with the demand.
8      Q.   I see. So I must have misread
9  this document. So the Cool Cash Promotion is
10  something separate from items A through D?
11      A.   Completely separate.
12      Q.   I see. Cool Cash Promotion,
13  though, is some sort of a promotion to the
14  homeowner; is that right?
15      A.   Correct.
16      Q.   I see. Okay.
17          (MEYERS EXHIBIT NO. 6 WAS MARKED
18  FOR IDENTIFICATION.)
19  BY MR. MORICO:
20      Q.   I've handed you what's been
21  marked as exhibit -- Meyers Exhibit 6, which
22  is Exhibit D to the declaration, Exhibit 3
23  that we've been referring to. I take it you
24  recognize this document?
25      A.   I do.

1  CONFIDENTIAL - DAVID S. MEYERS
2      Q.   Did you prepare this graph?
3      A.   I personally did not.
4      Q.   Do you know who did?
5      A.   Again, someone within our
6  product marketing group.
7      Q.   So this shows Carrier
8  thermostat sales; is that right?
9      A.   It does.
10      Q.   From 2004 through 2007?
11      A.   Yes.
12      Q.   So this doesn't show any user
13  interface sales; is that right?
14          MR. FJELLSTEDT: Objection.
15  Form.
16          THE WITNESS: I believe this
17      data is inclusive of all of our
18      thermostat sales, which would include
19      our user interface.
20  BY MR. MORICO:
21      Q.   I see. So the sales -- I see.
22  So this includes both the thermostats and the
23  user interfaces for these respective years?
24      A.   I believe the data is inclusive
25  of our comprehensive thermostat line.

1  CONFIDENTIAL - DAVID S. MEYERS
2      Q.   So it's not just user
3  interface, it's inclusive of the other
4  thermostats?
5      A.   It is -- what this is meant to
6  demonstrate is the tangential benefit of
7  introducing Infinity. We were not regarded
8  as a serious thermostat player in the market
9  until we introduced this product. And when
10  we introduced this product, it gave us
11  credibility with our distributor base and our
12  dealer base that then started paying
13  attention to our controls business. We
14  became a legitimate competitor to Honeywell,
15  White Rodgers, and other players in the
16  market.
17      Q.   And so Honeywell and White
18  Rodgers, prior to the introduction of the
19  Infinity, in your mind, were the leaders in
20  the thermostat market?
21      A.   I don't know that I would term
22  them leaders. I would not term them leaders.
23  I would say that there is a portion of our
24  distributors' and our dealers' business who
25  purchased competitive thermostats, and with

Page 134

CONFIDENTIAL - DAVID S. MEYERS

1 the introduction of this product they began
2 purchasing a greater percentage of their
3 business of our branded thermostats. That's
4 what this chart illustrates and my comment
5 was in reference to.
6     Q.    Well, all this chart
7 illustrates is they bought more of your
8 thermostats. It doesn't necessarily mean
9 they bought more of your thermostats relative
10 to the rest of the industry, correct?
11         MR. FJELLSTEDT: Objection.
12     Form.
13 BY MR. MORICO:
14     Q.    We're talking about this chart
15 now.
16     A.    What I do know is the market
17 did not triple from 2003 to 2004.
18     Q.    That's not what I'm asking.
19 I'm asking with respect to this. This
20 doesn't compare -- this chart doesn't compare
21 to the rest of the market.
22         MR. FJELLSTEDT: Objection.
23 BY MR. MORICO:
24
25

Page 135

CONFIDENTIAL - DAVID S. MEYERS

1     Q.    Right?
2         MR. FJELLSTEDT: Objection.
3     Form.
4         THE WITNESS: This chart
5 compares the purchases from our
6 customers from us which tripled. The
7 inference --
8 BY MR. MORICO:
9     Q.    How do you get it -- how
10 does -- tripled from what period?
11     A.    It increased from 18 percent to
12 over 60 percent from 2003 to 2004. We sold
13 that many more thermostats in a one-year time
14 frame.
15     Q.    And how many Infinity systems
16 did you sell during that year, that time
17 frame?
18     A.    In which time frame?
19     Q.    The time frame you just
20 mentioned when there was a 60 percent
21 increase in 2004.
22     A.    I believe there were 2000 --
23 I'm sorry. Please restate your question.
24     Q.    How many Infinity systems did
25

Page 136

CONFIDENTIAL - DAVID S. MEYERS

1 you sell in 2004?
2         MR. FJELLSTEDT: Objection.
3     Form.
4         THE WITNESS: Systems or
5 interfaces?
6 BY MR. MORICO:
7     Q.    Interfaces.
8     A.    I believe it was around 40,000
9 plus. And I thought there is something in
10 here. In Exhibit 4, 49,249.
11     Q.    How many indoor units did you
12 sell in that year?
13     A.    In 2004?
14     Q.    Correct.
15     A.    I don't have that data.
16     Q.    So how many more indoor units
17 did you sell in 2004 as compared to 2003?
18         MR. FJELLSTEDT: Objection.
19     Form.
20         THE WITNESS: I don't have that
21 data.
22 BY MR. MORICO:
23     Q.    So this chart just shows that
24 you sold more thermostats during that time

Page 137

CONFIDENTIAL - DAVID S. MEYERS

1 period, it doesn't show that you necessarily
2 sold more Infinity-enabled systems, correct?
3         MR. FJELLSTEDT: Objection.
4     Form.
5         THE WITNESS: Yes, we sold more
6 thermostats.
7 BY MR. MORICO:
8     Q.    And that's all this is showing,
9 right?
10     A.    Yes, it's showing the
11 cumulative growth of our thermostat sales.
12     Q.    So you didn't do an analysis of
13 how many ComfortNet systems connecting in a
14 communicating manner were sold in 2004,
15 correct?
16         MR. FJELLSTEDT: Objection.
17     Form.
18         THE WITNESS: I believe that
19 question was answered earlier around
20 tracking that data.
21 BY MR. MORICO:
22     Q.    Not being possible, right?
23         MR. FJELLSTEDT: Objection.
24     Form. And please let him finish his

Page 282

CONFIDENTIAL - DAVID S. MEYERS

1
2
3      I, DAVID S. MEYERS, do hereby
4   acknowledge I have read and examined
5   the foregoing pages of testimony, and
6   the same is a true, correct and
7   complete transcription of the
8   testimony given by me, and any changes
9   and/or corrections, if any, appear in
10   the attached errata sheet signed by
11   me.
12
13   _____   _____
14   Date              Signature
15
16
17
18
19
20
21
22
23
24
25

Page 283

CONFIDENTIAL - DAVID S. MEYERS
REPORTER'S CERTIFICATE

1
2
3      I, Kathy Savich, the undersigned
4   RPR, CLR, and Notary Public in and for
5   the District of Columbia, do hereby
6   certify that the above-named witness,
7   after having been first duly sworn to
8   testify to the truth, did testify as
9   set forth in the foregoing pages, that
10   the testimony was reported by me in
11   stenotype and transcribed under my
12   personal direction and supervision,
13   and is a true and correct transcript.
14      I further certify that I am not
15   of counsel, not related to counsel or
16   the parties hereto, and not in any way
17   interested in the outcome of this
18   matter.
19      SUBSCRIBED AND SWORN TO under my
      hand.
20   Dated: 9/3/2013
21   My Commission Expires:  1/1/2017
22
      _____
23   Kathy Savich, RPR, CLR
      Notary Public in and for the
24   District of Columbia
25

Page 284

CONFIDENTIAL - DAVID S. MEYERS
ERRATA SHEET

1
2
3
   Case Name:  CARRIER CORPORATION V GOODMAN
4   GLOBAL, et al.
   Witness Name:  DAVID S. MEYERS
5   Date:  August 29, 2013
   Job No.:  64662
6
7   Page No.  Line No.    Change
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
   _____   _____
25   Signature          Date

# EXHIBITS 19 & 21-24

# REDACTED
# IN THEIR
# ENTIRETY

# EXHIBIT 25

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3

4    CARRIER CORPORATION,                 •    Case No.

5           Plaintiff,                     •    12-930-SLR

6    v.                                    •

7    GOODMAN GLOBAL, INC., GOODMAN         •

8    MANUFACTURING COMPANY, L.P.,          •

9    GOODMAN GLOBAL HOLDINGS, INC.,        •

10   GOODMAN DISTRIBUTION, INC.,           •

11   and GOODMAN SALES COMPANY,            •

12          Defendants.                    •

13                                         •

14   And Related Counterclaim             •

15

16        H I G H L Y   C O N F I D E N T I A L

17      VIDEOTAPED DEPOSITION OF 30(b)(6) DESIGNEE

18                   RAJENDRA SHAH

19                  Washington, D.C.

20                  August 27, 2013

21                    9:00 a.m.

22   JOB 64661

23

24   Reported by:  Linda S. Kinkade, RDR, CRR, RMR, CSR

25

Page 62

R. SHAH - HIGHLY CONFIDENTIAL

1        R. SHAH - HIGHLY CONFIDENTIAL
2  control, are you talking just about the board in
3  the thermostat or are you talking about the
4  entire thermostat unit?
5      A. Physically the way it was, was that
6  the -- the assembly board, plastic display, keys,
7  everything in the plastic frame, came in two
8  pieces -- the second piece was mounted to the
9  wall and wired to the system, and the one that
10  snapped out plugged into that first piece.
11     Q. And so the board that was connected to
12  the wires, is that the part that you would switch
13  out?
14     A. Let me redescribe this. The one piece
15  stayed on the wall along with the wires going to
16  the system, and it had connections that the other
17  piece connected to as it snapped in, and the
18  other piece had everything -- it had the whole
19  board, display, keys, plastic housing. It was --
20  the entire thing could be removed from the wall
21  and replaced.
22     Q. And that's what you replaced during
23  the 18-month period?
24     A. Yes.
25     Q. All right. Were there any other

Page 63

R. SHAH - HIGHLY CONFIDENTIAL

1        R. SHAH - HIGHLY CONFIDENTIAL
2  components that you modified for the field-test
3  unit that was in your house other than the
4  control board on the thermostat?
5     A. And, again, I think the best of my
6  recollection in a system like this, which was
7  under development, we probably replaced the
8  controls in either the indoor or the outdoor
9  unit -- the software on the controls primarily --
10  in case there was an improvement needed, and I
11  cannot recollect exactly what or when we did
12  what.
13     Q. All right. And in that case you would
14  just replace the control boards on those --
15     A. Yes.
16     Q. -- devices? All right. Who installed
17  the field-test unit in your house?
18     A. The equipment installations were done
19  by professional contractors. So like the outdoor
20  unit, the indoor unit, when it did change, it
21  would be replaced by a installer because the
22  refrigerant lines and everything else had to be
23  done professionally. As far as just replacing,
24  snapping in this control in and out, I could do
25  it myself.

Page 64

R. SHAH - HIGHLY CONFIDENTIAL

1        R. SHAH - HIGHLY CONFIDENTIAL
2     Q. So when the system was initially
3  installed in 2002, did the installer install all
4  the components?
5     A. Well, let me redescribe this. I
6  cannot recollect exactly when the physical
7  equipment was installed because the controls are
8  the primary things that upgraded them to the new
9  functionality. So it's when the whole equipment
10  is installed is when we need a contractor, a
11  physical installation. Controls updates would
12  not have required a professional installer and
13  could have been done by someone like myself or
14  one of my team members.
15     Q. Right. And I'm trying to understand,
16  when you first had the system installed -- and
17  maybe I misunderstood what you said. When you
18  first had the system installed in 2002 in your
19  house, did you have a new outdoor unit installed?
20     A. It's difficult for me to remember. I
21  want to reclarify that my house and my equipment
22  has been over many, many years, even to this day,
23  changing in the -- in the updates of both the
24  equipment and the controls. So I can't put my
25  finger on whether in 2002 we specifically changed

Page 65

R. SHAH - HIGHLY CONFIDENTIAL

1        R. SHAH - HIGHLY CONFIDENTIAL
2  the physical outdoor unit or we updated its
3  control to do the new functions. I just don't
4  remember.
5     Q. Is it possible that it could have been
6  an older unit and all you did was update the
7  controls?
8     A. It is possible.
9     Q. Okay. So the eXcalibur system, which
10  today matured into the Infinity system, had the
11  ability to use existing outdoor units in simply
12  switching out the controls; is that what you're
13  saying?
14     MR. MCELDOWNEY: Objection to form.
15     THE WITNESS: That's not exactly what
16  I'm saying. What I'm saying is that, for test
17  purposes, we could use existing outdoor units or
18  indoor units depending on their nature and update
19  them with the newer control scheme to achieve
20  this representative functionality that we were
21  trying to test.
22  BY MR. MORICO:
23     Q. Okay. Let me ask you a different
24  question. So in 2002 when you field tested the
25  eXcalibur system in your home, you can't recall

17  (Pages 62 to 65)

R. SHAH - HIGHLY CONFIDENTIAL

1  whether you replaced all of the equipment or
2  whether you just upgraded existing equipment; is
3  that fair?
4      A. Yes, I cannot say for sure.
5      Q. All right. When -- but at the very
6  least you installed a new control in the outdoor
7  unit, a new control in the indoor unit and a new
8  thermostat; is that fair?
9      A. I would say an updated control in each
10 of the units, yes.
11     Q. And a new thermostat, correct?
12     A. And a new thermostat.
13     Q. All right. And who did that
14 installation of those components when the first
15 field-test unit was installed in your house for
16 eXcalibur in 2002?
17         MR. MCELDOWNEY: Objection. Objection
18 to form.
19         THE WITNESS: That is, again, a little
20 bit difficult for me to remember exactly what
21 happened, but, as I was explaining, if it --
22 assuming it was not a whole new unit, it would
23 have been done by a team member who did not need
24 a professional installer.

R. SHAH - HIGHLY CONFIDENTIAL

1  BY MR. MORICO:
2      Q. So only if you installed a new outdoor
3  unit or new indoor unit would a professional
4  installer have been involved; is that your
5  testimony?
6      A. Let me explain it this way. The need
7  for the professional installer is to do what they
8  always did, which is to work with the refrigerant
9  system, which was -- we needed a professional for
10 that. What we didn't need a professional for was
11 to work with the controls because they wouldn't
12 even know what to do with it. So that's where
13 the team members come in. So it gets to be a mix
14 of the two. If equipment is installed, then a
15 professional comes in and installs it, but only
16 the refrigerant side and things like that that
17 they typically do.
18     Q. Did your house already have the five
19 or six zones before the eXcalibur field test in
20 2002?
21     A. Yes.
22     Q. And did it have the two-zone control
23 at that time?
24     A. I had a what was known as the Comfort

R. SHAH - HIGHLY CONFIDENTIAL

1  Zone II, which -- which had the capability to do
2  up to eight zones.
3      Q. Was that with one control?
4      A. Let me make sure I understand your
5  question. What do you mean by "one control"?
6      Q. The ComfortNet II could go up to eight
7  zones. Was that each zone control of the
8  ComfortNet II could do up to eight zones?
9      A. The Comfort Zone II had a wall control
10 that could control the entire system in that
11 sense -- and all the zones in the system, and it
12 had a zone board that would be attached to the
13 various zone sensors as well as to the equipment
14 and basically interface with the equipment in the
15 traditional way, which is the indiscrete signals.
16     Q. The Comfort Zone II, is that a
17 thermostat or is that some other device?
18     A. Well, it was a package. There was
19 a -- there was a wall control as part of the
20 package, a zone board that was a part of the
21 package. A zone board functioned as a damper
22 control as well as an equipment interface, and it
23 also had inputs for the sensors for the zones.
24 And the wall control basically, you know,

R. SHAH - HIGHLY CONFIDENTIAL

1  controlled all the zones or allowed you to set
2  all the zones to control.
3      Q. And did that remain after you did the
4  field test of the eXcalibur? Did you keep the
5  Comfort Zone II wall control in place?
6      A. No.
7      Q. That was switched out with the new
8  thermostat?
9      A. Yes.
10     Q. Okay. Who else had a field test unit
11 on the team other than yourself for the
12 eXcalibur?
13     A. We have a list of team -- I mean a
14 list of field tests, and I'm not sure I can
15 recollect exactly who on the team was on that
16 list at that time.
17     Q. Did Jerry Ryan have such a system?
18     A. Best of my recollection, yes.
19     Q. And was that installed approximately
20 the same time frame, 2002?
21     A. Approximately, yes.
22     Q. How about Mr. Vanostrand?
23     A. Best of my recollection, no.
24     Q. Mr. Puranen?

18  (Pages 66 to 69)

Page 70

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2       A. I believe, yes.
3       Q. Okay. What about Mr. Kiningham?
4       A. I would have to refer back to the
5   whole list. I'm not sure if I remember exactly
6   who got what when.
7       Q. So is there a list that actually
8   identifies who had the field test units?
9       A. We ran the field tests with the list,
10  yes.
11      Q. Okay. And were all of the people who
12  had the field test employees of Carrier?
13          MR. MCELDOWNEY: Objection to form.
14          THE WITNESS: I can't say -- the
15  answer is no.
16  BY MR. MORICO:
17      Q. Who outside of Carrier had a field
18  test unit installed? And what I'm referring to
19  is a field test unit of a HVAC system made in
20  accordance with the eXcalibur project.
21          MR. MCELDOWNEY: Objection to form.
22          THE WITNESS: The -- I would again say
23  that we had a list of these field trial
24  participants, and so there was a list of them.
25  BY MR. MORICO:
```

Page 71

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2       Q. And did those individuals sign
3   confidentiality agreements with Carrier?
4       A. Yes, to the best of my recollection,
5   that was our normal practice.
6       Q. Were those folks spread out throughout
7   the country or were they in a particular region?
8       A. They were spread out in the country.
9       Q. And how does Carrier identify those
10  people?
11      A. I'm not quite sure if I understand
12  that.
13      Q. So how do you identify individuals to
14  field test your products, if they don't work for
15  Carrier?
16      A. There was -- there was several
17  criteria. One of them, like you said, we wanted
18  to get geographical dispersion, we wanted to get
19  certain kinds of equipment in the home already so
20  that it could be upgraded as opposed to fully
21  installed. So that was another criteria. And
22  then we selected from the people that would be
23  available in general from our channelled partners
24  as well as employees.
25      Q. Okay.
```

Page 72

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2          MR. MORICO: We've been going for
3   almost an hour and a half. Do you want to take a
4   short break?
5          MR. MCELDOWNEY: Yeah, that would be
6   good.
7          VIDEO SPECIALIST: This is the end of
8   videotape number 1. Off the record at 10:25 a.m.
9       (Proceedings recessed.)
10         VIDEO SPECIALIST: This is the
11  beginning of tape number 2. Back on the record
12  at 10:42 a.m.
13  BY MR. MORICO:
14      Q. Mr. Shah, before we broke we were
15  talking about the field-test unit at your house.
16  I want to continue our discussion on that for a
17  moment.
18      The outdoor unit in that field test that
19  you had at your house in roughly 2002, what was
20  the SEER rating on that?
21      A. That would be difficult for me to
22  remember, but, if I were to guess, probably in
23  that time frame 16. I wouldn't be sure of it.
24      Q. Would it be fair to say it was a
25  high-efficiency unit?
```

Page 73

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2       A. I would --
3          MR. MCELDOWNEY: Objection to form.
4          THE WITNESS: I would say it was a
5   higher efficiency than the basic unit, yes.
6   BY MR. MORICO:
7       Q. All right. Is it of an efficiency
8   that the industry would consider high efficiency?
9          MR. MCELDOWNEY: Objection to form.
10         THE WITNESS: I'm not sure the
11  terminology necessarily is generically applied
12  that way, but, as I was saying, it was a higher
13  efficiency than the basic units available in that
14  time frame.
15  BY MR. MORICO:
16      Q. All right. Was the indoor unit a
17  high-efficiency unit?
18         MR. MCELDOWNEY: Same objection.
19         THE WITNESS: The indoor unit in this
20  case was not a gas furnace, and so it did not
21  actually have an efficiency rating by itself. It
22  was rated as a system with the outdoor unit for
23  cooling and heat pump efficiency, not gas
24  obviously.
25  BY MR. MORICO:
```

19  (Pages 70 to 73)

Page 74

```
 1        R. SHAH - HIGHLY CONFIDENTIAL
 2      Q. So what -- it was an electric heater?
 3      A. Yes. It's a fan coil unit, what is
 4  known -- and different companies call it
 5  differently, but Carrier calls it fan coil unit,
 6  and it has a coil and a fan to run the air
 7  through the ducts and optional electric heater to
 8  supplement the heat pump and heating.
 9      Q. I see. Okay. The outdoor unit and
10  the indoor unit, did they both have their own
11  controls prior to their modification for purposes
12  of this field test?
13      A. Depends on how you define a control.
14      Q. Let me -- let me ask it differently.
15  When you installed the field-test unit for the
16  unit or system that was in your house in 2002,
17  did you install a new control for the outdoor
18  unit?
19      A. To the best of my recollection, we
20  would have updated a control, which -- I don't
21  remember whether we just put a brand-new control
22  or exchanged it with, you know, one that we
23  already had. So I'm not sure if that's your
24  question.
25      Q. Well, that was, I guess, my first
```

Page 75

```
 1        R. SHAH - HIGHLY CONFIDENTIAL
 2  question, whether you switched out the control
 3  with a new control.
 4      A. So, again, in those days -- so this
 5  has been a long time -- the way you could change
 6  software on the control, such as in the outdoor
 7  unit, the easiest way to do it in a home, in a
 8  field site, would be to just swap the control
 9  with one that has the new software in it that was
10  uploaded in our lab. It is technically possible
11  to even update certain controls right in the
12  field site. My best recollection is that we
13  would have probably just exchanged boards out,
14  but I can't be sure because we could have done it
15  either way.
16      Q. Okay. And if you exchange boards, you
17  would be exchanging the control board or the
18  motherboard?
19      A. There was -- the outdoor unit has just
20  one control, and which is, of course, wired to
21  various parts of the outdoor unit it controls,
22  you know, whether the compressor or other items.
23  So you basically take the board, remove all the
24  wires, mounting, unmount it, mount the new one,
25  put back all the wires.
```

Page 76

```
 1        R. SHAH - HIGHLY CONFIDENTIAL
 2      Q. All right. Were there any other
 3  modifications to the outdoor unit of your home
 4  when you installed the field-test unit in 2002
 5  other than what you just mentioned?
 6      A. To the best of my recollection, no.
 7      Q. All right. What modifications, if
 8  any, did you make to the indoor unit in
 9  connection with the installation of the field
10  test unit that you did in 2002?
11      A. I think it is a similar -- the unit
12  itself remained, as is the refrigerant lines and
13  coil and everything, we just changed and rewired
14  a new control.
15      Q. All right. And then you installed a
16  new thermostat, correct?
17      A. Yes.
18      Q. What other modifications or changes
19  did you make to the system that existed in your
20  house in 2002 in connection with the field-test
21  unit that was installed in your house?
22      A. To the best of my recollection, I
23  think that was it.
24      Q. And did the thermostat, the new
25  thermostat that was installed, did that go in the
```

Page 77

```
 1        R. SHAH - HIGHLY CONFIDENTIAL
 2  same place as your old thermostat?
 3      A. Yes.
 4      Q. All right. And was there four wires
 5  that led from the thermostat to the indoor
 6  control?
 7      A. Yes.
 8      Q. All right. So you didn't have some
 9  other wiring system that had more than four wires
10  that needed to be replaced?
11      A. Oh. When -- earlier on, several years
12  before this, in other field tests, we -- we had a
13  need for more wires, and so -- in the wall behind
14  my thermostat there are more wires. There are, I
15  don't know, at least 10 or 11 wires that we had
16  to run previously that I didn't need to use
17  anymore.
18      Q. And those were in connection with
19  earlier systems you had installed in your house?
20      A. Yes. Yes.
21      Q. All right. So did you -- when you
22  hooked up the thermostat in connection with the
23  field test of your eXcalibur system in 2002, did
24  you remove those multiple wires and just install
25  a brand-new, 4-wire connection between the
```

R. SHAH - HIGHLY CONFIDENTIAL

thermostat or did you take the existing multiwire
wire that existed and connect it to the
thermostat?
      MR. MCELDOWNEY: Objection to form.
      THE WITNESS: Best of my recollection,
we would have used four of the multiple wires
that we had already in there.  There's no reason
why we would not use them.  But I can't remember
us actually running another set of four wires
and -- well, that would make it more wires, and
we didn't need more wires.
BY MR. MORICO:
      Q. Okay.  So you used the existing ten
wires that were there -- you used four of the
existing ten wires that were there.
      A. Yes.  Yes.
      Q. All right.  And which wires did you
connect to the thermostat?
      A. Which?
      Q. Based on letters, colors --
      A. Oh, colors.  We generally would use
the -- the four wires would be the preferred
colors, not required, but preferred colors were
the yellow, green, red and white.

R. SHAH - HIGHLY CONFIDENTIAL

      Q. Can you use -- can you have used any
four of the wires of the ten?
      A. There is no reason the colors make any
difference as long as you put the right color at
the right spot on both sides of the wire.
      Q. All right.
      A. But we just use colors to help keep
that straight, that's all.
      Q. I see.  Okay.  So in this case you
used the yellow, the green, the red and the
white?
      A. Yes.
      Q. And the yellow and the green were used
as the communicating lines; is that fair?
      A. That's correct.
      Q. And the red and the white were the
power lines?
      A. Yes.
      Q. All right.  And those four wires were
connected to the control on the indoor unit; is
that fair?
      A. Yes.
      Q. All right.  Now was there any sort of
wired connection between the indoor unit and the

R. SHAH - HIGHLY CONFIDENTIAL

outdoor unit?
      A. The same four wires -- same four
terminations would basically be connected to the
same four terminals on the outer unit.
      Q. The yellow, the green, the red and the
white?
      A. Yes.
      Q. What did the red and the white do?
Were they needed?
      A. The -- in those days the outdoor unit
control was also powered off the indoor unit
transformer -- 24 volts -- so the source of the
red and white carry the power, 24 volts power,
from the indoor unit to the outdoor unit --
      Q. I see.
      A. -- as it did to the thermostat.
      Q. Okay.  And the 24 volts that was going
to the outdoor unit, that was simply for powering
the control, not obviously for running the system
itself, correct?
      A. No, let me -- well, it was to provide
24 volts power to the outdoor unit and whatever
functions it had that needed 24 volts power,
including the controller.

R. SHAH - HIGHLY CONFIDENTIAL

      Q. I see.
      A. But there was a contact or reversing
valve elements in the outdoor unit that powered
off 24 volts that would also use the same power.
      Q. I see.  All right.  Were there any
other lines connected within the system?
      MR. MCELDOWNEY: Objection, form.
BY MR. MORICO:
      Q. Either communicating or power lines
other than from the thermostat to the indoor unit
and from the indoor unit to the outdoor unit?
      MR. MCELDOWNEY: Same objection.
      THE WITNESS: Let me make sure I
clarify this.  These were the what we call the
low-voltage wires, and best of my recollection
that was it, but obviously we would also have 230
volts power going through the house powering the
outdoor unit and the indoor unit.  That wasn't
part of this.
BY MR. MORICO:
      Q. The -- the zone control, was that
connected using low-voltage wires?
      A. The zone control works off the same
four wires, it's on the same bus, so, yes.

Page 154

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2    was somewhat of a team effort based on the nature
3    of information we had to transmit on the protocol
4    or, rather, we didn't have to transmit on the
5    protocol, so we didn't have -- need the elaborate
6    original version.
7          Q.  And who did you get that protocol
8    from, if anyone, on the commercial side of the
9    business?
10         A.  As I said, it was in Carrier, it was a
11   standard, it was an internal standard, the
12   protocol. The language and the formatting of the
13   information was a documented standard.
14         Q.  So you just had access to that?
15         A.  Yes.
16         Q.  You didn't need to talk to anybody to
17   get it; you knew where to find it?
18         A.  No.
19         Q.  No, meaning --
20         A.  We did not have to have anybody
21   explain it to us.
22         Q.  Or provide it to you.
23         A.  As Carrier employees, as Carrier
24   teams, we had access to it.
25         Q.  That -- okay, that's kind of -- that's
```

Page 155

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2    pretty much what I was getting at.
3          Was there any engineer from the commercial
4    side of the business who worked on the Infinity
5    project?
6          A.  Not to my knowledge.
7          Q.  Earlier you talked about a precursor
8    to eXcalibur being a project called System
9    Integration.  Do you recall that?
10         MR. MCELDOWNEY:  Objection to form.
11         THE WITNESS:  What I said was that, in
12   the course of these projects, names are applied
13   at various times, which are merely internal
14   taglines for internal communications, and what
15   was System Integration and basically was the same
16   project, it just -- someone came up with a --
17   with a more catchy name.
18   BY MR. MORICO:
19         Q.  Okay.  Did System Integration have an
20   auto-configuration feature?
21         MR. MCELDOWNEY:  Objection to form.
22         THE WITNESS:  The so-called System
23   Integration project had auto-configuration and
24   communication as kind of elements of what we were
25   trying to accomplish with it, yes.
```

Page 156

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2    BY MR. MORICO:
3          Q.  And was the communication used -- did
4    it use the CCN protocol?
5          MR. MCELDOWNEY:  Objection to form.
6          THE WITNESS:  So let me -- I think
7    your statement about that it uses CCN protocol,
8    let me elaborate on the point.  Where this thing
9    started off was the need to communicate serially
10   among these HVAC equipment pieces and to transfer
11   information to help configure the system and to
12   operate it optimally.  That was how the concept
13   of System Integration as a project began.
14         In the course of the project -- and I
15   cannot pinpoint the date at which the protocol
16   was decided on; it was one of the implementation
17   details that we went through -- and whether the
18   eXcalibur name arrived before the CCN protocol or
19   the other, I can't recall the precise sequence of
20   events.
21         Q.  Who is the one who identified the need
22   to communicate serially among the HVAC equipment
23   pieces so that the system could be configured?
24         A.  I think I have to take the primary
25   responsibility for doing that, yes.
```

Page 157

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2          Q.  Okay.  And how did you come up with
3    that need?
4          A.  In the previous several years, in
5    Carrier at least, I was very much involved in
6    building newer functions and newer pieces of
7    equipment that needed to be integrated into
8    systems delivering those functions.  Examples
9    being multistage or two-stage gas furnaces and
10   two-stage air conditioners and two-stage heat
11   pumps and furnaces and fan coils with
12   variable-speed fan motors, and along with it we
13   built new functions like humidity control,
14   dehumidification, and on and on.
15         The problem that we -- while these
16   functions were doing better things for our
17   customers, what we also learned was that they
18   resulted in more complexity for our systems, and,
19   in particular, for our installers.  And the
20   complexity came in the form of too many wires
21   because every function that we added needed a
22   wire, and too many setups for all the different
23   configurations of equipment, you know, number of
24   stages, the type of equipment, everything, all
25   that, that added to the complexity of installing
```

40  (Pages 154 to 157)

Page 158

R. SHAH - HIGHLY CONFIDENTIAL

1 and setting up -- properly setting up a system
2 and caused some problems when it wasn't properly
3 set up in performance.
4    So we were -- I was -- as we were going on
5 adding new and better functions, we were also
6 getting the feedback of the complexity, and so
7 the need arose out of trying to address that.
8    Q. So was it the installers that
9 communicated to you that they were having too
10 much difficulty installing these complex systems?
11    A. Yes.
12    Q. And how is that feedback communicated
13 to you? Was that through meetings you had with
14 installers or some other means?
15    A. Certainly meetings with installers on
16 how they were installing and effectively
17 delivering these new functions was one place
18 where we got the feedback. The other place was,
19 when we had problems and when systems didn't get
20 installed correctly and didn't work right, we
21 always get either warranty claim or a problem
22 report from the site, and we would go and, you
23 know, try to determine what the root cause of it
24 is, and often it led us to believe or understand

Page 159

R. SHAH - HIGHLY CONFIDENTIAL

1 that the complexity was part of the reason why
2 the systems didn't always work.
3    Q. Okay. And so they identified the
4 problem of having this difficulty of installing
5 these complex systems, and who was involved in
6 considering ways of solving that problem?
7    MR. MCELDOWNEY: Objection to form.
8    THE WITNESS: As I was saying earlier,
9 I was certainly at the center of the problem
10 definition because we were sort of creating it by
11 adding complexity by adding new functions and
12 features, and we had plans to do even more. And
13 we were clearly seeing this feedback as a reason
14 to -- to figure out how to do this better, how
15 to, not only do everything we had better and
16 easier, but also to lay the foundation for more
17 functions, better performance that also we had,
18 you know, envisioned in the future.
19    So but I would say that I was probably one
20 of the prime drivers towards translating that
21 need -- establishing the need as well as
22 translating it into a path of solving it.
23 BY MR. MORICO:
24    Q. And what -- what alternatives or

Page 160

R. SHAH - HIGHLY CONFIDENTIAL

1 options did you consider?
2    A. Uhm, in the broadest sense, that was
3 the -- the primary option that we -- that I
4 considered because the reason is that we wanted
5 to reduce the number of wires, but we wanted to
6 add more functions, and we couldn't have the
7 discrete one-for-one wire added for every
8 function.
9    And the idea that came up was that, if you
10 have serial communications on the same pair of
11 wires or whatever number of wires, but you would
12 need just that many wires for as many functions
13 as you want.
14    Q. Right.
15    A. And so that was the kind of leap
16 beyond the need to the path to solve the need.
17    Q. Okay. And serial communications were
18 known at that time, correct?
19    A. Serial communications, as a general
20 way of communicating, yes.
21    Q. Okay. Did Chris Peel play any role in
22 identifying the problem or the need for less
23 complex systems?
24    MR. MCELDOWNEY: Objection to form.

Page 161

R. SHAH - HIGHLY CONFIDENTIAL

1    THE WITNESS: In my opinion and
2 generally, no.
3 BY MR. MORICO:
4    Q. Did anybody else on the team play a
5 role in that?
6    A. The -- the identification of the
7 problem, meaning that our systems were getting
8 complex and installers were having difficulty
9 delivering the full functionality and sometimes
10 creating problems, came from, as we said, many
11 sources -- feedback through -- through our, you
12 know, our product support people, various people,
13 and directly to me as well.
14    So the need or the identification of the
15 problem, you know, came directly from, like we
16 said, from the installers themselves through
17 various channels, which included -- did include
18 some marketing people at that time.
19    Q. So what marketing people would have
20 been included?
21    A. This need thing was, as I said, was
22 over several years prior to the conception of the
23 solution. So there is not just one person.
24    Q. Can you identify who in marketing

41 (Pages 158 to 161)

Page 162

1    R. SHAH - HIGHLY CONFIDENTIAL
2  would have been contributors to that?
3    A. I cannot specifically recall. This is
4  kind of in the late '90s, we're talking about,
5  from '95 to '99 or something.
6    Q. But you would not include Chris Peel
7  in that?
8    A. No, Chris came on board onto this team
9  a little bit later.
10    Q. How about Gary Clark?
11    A. Gary Clark was certainly in the
12  organization at that time, I can say that. I'm
13  not specifically aware of whether he was in the
14  chain of reporting the need. He might have been.
15  I don't know.
16    Q. Okay. The notion of
17  self-configuration, when was that conceived in
18  connection with the development of the Infinity
19  project?
20    MR. MCELDOWNEY: Objection to form.
21    THE WITNESS: As I was explaining
22  before, the need from the ability to install
23  these complex systems properly was in the form of
24  the number of wires, the number of different
25  wiring diagrams that are needed for different

Page 163

1    R. SHAH - HIGHLY CONFIDENTIAL
2  equipment configurations, and also the need to
3  set up the system per each configuration, and all
4  of those contribute to the complexity and the
5  problems and the need.
6    So I'm not sure I can split the date and
7  time between the two, but the serial
8  communication's need to communicate more
9  information over the same wires as well as the
10  need to self-configure kind of emerged about from
11  the same basic problem-solving need. So about
12  the same time.
13  BY MR. MORICO:
14    Q. And when was that?
15    A. This was in the, I think, somewhere in
16  the '99 -- 1999-2000 -- the kind of time frame
17  we've said earlier where the project was
18  conceived, and that was about that time.
19    Q. Okay. And who is the person who
20  conceived of that idea?
21    MR. MCELDOWNEY: Objection to form.
22    THE WITNESS: I think in the very
23  basic form at -- at that -- at that level it was
24  me.
25  BY MR. MORICO:

Page 164

1    R. SHAH - HIGHLY CONFIDENTIAL
2    Q. Okay. What role, if any, did Jerry
3  Ryan play in that?
4    MR. MCELDOWNEY: Objection to form.
5    THE WITNESS: As we put some flesh on
6  the very broad concept and tried to define it in
7  some depth and as terms of the ideas, Jerry Ryan
8  was an important role-player in making that idea
9  more complete in its many different aspects. So
10  starting with the very simple statement of what
11  we said to the level of depth we needed to make
12  it complete, he played an important role.
13  BY MR. MORICO:
14    Q. Okay. So conception was in '99-2000,
15  and the first field-installed unit was in 2002;
16  is that fair?
17    MR. MCELDOWNEY: Objection to form.
18    THE WITNESS: Yes. Again, my memory
19  is not perfect, but in reasonably approximate
20  terms that's about right.
21  BY MR. MORICO:
22    Q. Okay. And so what happened from
23  '99-2000 when the idea came to you to use serial
24  communication over 2-wire bus to auto-configure
25  to the time when you had your first field units

Page 165

1    R. SHAH - HIGHLY CONFIDENTIAL
2  installed?
3    MR. MCELDOWNEY: Objection to form.
4    THE WITNESS: We did a lot of work.
5  That was what was happening between where we
6  started and where we reduced this whole thing to
7  practice. There was a lot of work done by the
8  whole team.
9  BY MR. MORICO:
10    Q. In your mind when was the first
11  reduction to practice --
12    MR. MCELDOWNEY: Objection to form.
13  BY MR. MORICO:
14    Q. Strike that. I'm asking you, as the
15  corporate representative, when was the first
16  reduction to practice?
17    MR. MCELDOWNEY: Objection to form.
18    THE WITNESS: Depending on the
19  definition of what we mean by "reduction to
20  practice," and I guess that can be interpreted
21  differently, if I would call it a fully,
22  communicating self-configuring system, it was
23  probably in the time frame in and around where we
24  were ready to actually get towards these field
25  trials and we were running some lab systems that

Page 286

1    R. SHAH - HIGHLY CONFIDENTIAL
2  privileged. I think that's what he's --
3         MR. MCELDOWNEY: Got it.
4         THE WITNESS: Yeah. Okay. So as of
5  this year, which is the kind of tenth year, I
6  think we've sold pretty much close to one million
7  systems in about ten years. So it started the
8  first year obviously was less, then it grew from
9  there. And so an average of about a hundred
10 thousand premium systems, which is what Infinity
11 is, were sold every year.
12 BY MR. MORICO:
13      Q. How does that compare to the total
14 number of HVAC systems that Carrier has sold in
15 that same ten-year period?
16      MR. MCELDOWNEY: Objection to form.
17      THE WITNESS: The way I would roughly
18 state it is it's on the order of, I would say,
19 somewhere between 10 and 15% of the total.
20 BY MR. MORICO:
21      Q. Okay. And what percentage of the
22 total high-efficiency systems does the Infinity
23 system represent?
24      MR. MCELDOWNEY: Objection to form.
25 BY MR. MORICO:

Page 287

1    R. SHAH - HIGHLY CONFIDENTIAL
2      Q. For Carrier.
3      A. Now, yeah, you're going to make a
4  mathematician or an accountant out of me, and I
5  don't have all those numbers in my head, but it
6  was a much higher percent obviously than the 15%
7  I said. A much higher segment of the high-end,
8  premium, high-efficiency equipment went with an
9  Infinity control on it.
10     Q. Has the high efficiency percent of
11 Carrier systems sold over the ten-year period
12 changed at all?
13      MR. MCELDOWNEY: Objection to form.
14 BY MR. MORICO:
15     Q. Let me ask you this. In 2004, when
16 the Infinity system was first sold, what
17 percentage of Carrier sales were high-efficiency
18 systems in that year?
19     A. I don't know the numbers off the top
20 of my head.
21     Q. Do you have a general idea?
22     A. All I can generally say is that the
23 numbers grew from where they were before the
24 launch of Infinity, and as a percent, you know,
25 of the total, as well as, you know, the actual

Page 288

1    R. SHAH - HIGHLY CONFIDENTIAL
2  numbers, but I don't know the exact numbers.
3      Q. When you say the numbers grew, do you
4  mean the percentage of high-efficiency units grew
5  over the ten-year period since the introduction
6  of the Infinity system or are you saying the
7  absolute numbers of systems sold increased during
8  that period of time?
9      A. I think I'm out of my league on
10 numeric sales numbers in terms of being able to
11 give you numbers or percentages.
12     Q. So as you sit here today, you can't
13 tell me whether there are more high-efficiency
14 units sold as a percentage of Carrier's business
15 today than there were back in 2004 when the
16 Infinity system was introduced?
17      MR. MCELDOWNEY: Objection.
18 BY MR. MORICO:
19     Q. Is that fair?
20      MR. MCELDOWNEY: Objection to form.
21      THE WITNESS: I cannot give you the
22 numbers, yes, that is correct.
23 BY MR. MORICO:
24     Q. All right. So the fact that -- so
25 whether the high-efficiency market for Carrier

Page 289

1    R. SHAH - HIGHLY CONFIDENTIAL
2  grew over those ten years or not, that's not the
3  metric or the measure that you're using when you
4  say the Infinity system was a commercial success.
5  Fair?
6      MR. MCELDOWNEY: Objection to form.
7      THE WITNESS: I'm not sure I agree --
8  say that again.
9  BY MR. MORICO:
10     Q. Well, you don't know whether Carrier
11 sold more high-efficiency units today than they
12 did as a percentage of their business back in
13 2004, correct?
14      MR. MCELDOWNEY: Same objection.
15      THE WITNESS: I'm saying here I do not
16 have the numbers off the top of my head.
17 BY MR. MORICO:
18     Q. Okay. Let me -- let me slice this a
19 different way. So when you're saying the
20 Infinity system was a commercial success, is that
21 because you're saying today, in 2013, Carrier has
22 sold more Infinity systems today than it did back
23 in 2004 when it first launched the Infinity
24 system?
25     A. Certainly that is true. That is part

73  (Pages 286 to 289)

Page 290

1    R. SHAH - HIGHLY CONFIDENTIAL
2  of it.
3    Q. Okay. Would you agree with me, is one
4  of the factors, if in fact the sales were
5  successful, would one of the factors be that it
6  was a high-efficiency or a premium model?
7    MR. MCELDOWNEY: Objection to form.
8    THE WITNESS: So I'm -- I think I can
9  answer this way. Take our premium,
10  high-efficiency gas furnaces that were -- became
11  Infinity-compatible in 2004. They could also be
12  installed with regular thermostats. That was a
13  choice. And the regular thermostats were --
14  are -- generally cheaper than an Infinity wall
15  control. And you could run the furnace with
16  that, so our customers had a choice.
17    We found -- and, again, I don't have the
18  numbers off the top of my head; I didn't come
19  prepared with a whole bunch of financials -- but
20  we've called it a very high percentage of the
21  high-end furnaces, even though they could be
22  installed with regular noncommunicating
23  thermostats, are actually installed with Infinity
24  controls.
25  BY MR. MORICO:

Page 291

1    R. SHAH - HIGHLY CONFIDENTIAL
2    Q. So let me ask you this. An Infinity
3  communicating indoor unit, can that operate with
4  a non-Infinity thermostat?
5    A. The gas -- again, there are types of
6  indoor units. The gas furnaces that we have can
7  operate with a non-Infinity thermostat as a
8  choice of the customer.
9    Q. How about the electric furnaces?
10    A. Right. The fan coils we have
11  different models. There is the
12  Infinity-compatible model that is not going to
13  function with a non-Infinity thermostat, and then
14  we have a non-Infinity type model. So that we
15  have two different models in that case.
16    Q. Okay. And so do you need the Infinity
17  model to operate with the Infinity controller?
18    A. Yes.
19    Q. I see. But for the gas furnace you
20  don't.
21    A. No --
22    Q. The gas furnace can be used either
23  with an Infinity-controlled thermostat or a
24  non-Infinity-controlled thermostat?
25    A. Yes. You need the Infinity gas

Page 292

1    R. SHAH - HIGHLY CONFIDENTIAL
2  furnace to work with an Infinity control, but you
3  don't need the Infinity control to work with the
4  Infinity gas furnace; you can use a regular
5  thermostat.
6    Q. Okay.
7    MR. MORICO: Take maybe a five-minute
8  break.
9    MR. MCELDOWNEY: Sure.
10    MR. MORICO: And then maybe go for
11  another 40 minutes or so and call it a day.
12    VIDEO SPECIALIST: Off the record at
13  5:13 p.m.
14    (Proceedings recessed.)
15    VIDEO SPECIALIST: This is the
16  beginning of tape number 5. Back on the record
17  at 5:24 p.m.
18    (Exhibit No. 11 marked for
19  identification.)
20  BY MR. MORICO:
21    Q. So, Mr. Shah, the court reporter has
22  handed you what's been marked as Shah Exhibit 11,
23  which appears to be a power deck, PowerPoint
24  deck, excuse me, entitled Project eXcalibur. It
25  goes from Bates CARR-GG10161091 through 161. Do

Page 293

1    R. SHAH - HIGHLY CONFIDENTIAL
2  you recognize this document?
3    A. It looks familiar.
4    Q. And the date of this document is March
5  10, 2004. Do you see that on the front?
6    A. Yes.
7    Q. And it lists you there with two other
8  individuals. Did you prepare this PowerPoint
9  deck, which is Exhibit 11, or at least have a
10  hand in its preparation?
11    A. Yes.
12    Q. All right. So if you can turn to --
13  and I'm going to refer to just the last three
14  digits -- page 106 of this document. Do you see
15  there is a PowerPoint there and then there is a
16  couple of notes?
17    A. Yes.
18    Q. The first note says, the heart of the
19  system is the Infinity control. Do you see that?
20    A. Yes.
21    Q. If the Infinity control is the heart
22  of the system, is there a brains of the system or
23  would that also be the Infinity control?
24    MR. MCELDOWNEY: Objection to form.
25    THE WITNESS: I think this was

74  (Pages 290 to 293)

Page 326

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2             ACKNOWLEDGMENT OF DEPONENT
3
4       I, RAJENDRA SHAH, do hereby acknowledge
5    that I have read and examined the foregoing
6    testimony and that the same is a true, correct
7    and complete transcription of the testimony given
8    by me, with the exception of the noted
9    corrections, if any, appearing on the attached
10   errata page.
11
12   _____  _____
13   DATE          RAJENDRA SHAH
14
15
16
17   Subscribed and sworn to before me this _____ day
18   of _____, 20_____.
19   _____ (Notary Public)
20   My Commission expires: _____
21
22
23
24
25
```

Page 327

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2                    ERRATA
3    NAME OF CASE: Carrier Corporation v. Goodman Global
4    DATE OF DEPOSITION: August 27, 2013
5    INSERT REASON FOR CHANGE:
6        1. To clarify the record.
         2. To conform to the facts.
7        3. To correct a transcription error.
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18
19   _____
20      RAJENDRA SHAH
21
22   Subscribed and sworn to before me this _____ day
23   of _____ 20 __.
24   _____ (Notary Public)
25   My Commission expires: _____.
```

Page 328

```
1          R. SHAH - HIGHLY CONFIDENTIAL
2              C E R T I F I C A T E
3
4       I, LINDA S. KINKADE, Registered
5    Diplomate Reporter, Certified Realtime Reporter,
6    Registered Merit Reporter, Certified Shorthand
7    Reporter, and Notary Public, do hereby certify
8    that prior to the commencement of examination the
9    deponent herein was duly sworn by me to testify
10   truthfully under penalty of perjury.
11       I FURTHER CERTIFY that the foregoing is a
12   true and accurate transcript of the proceedings
13   as reported by me stenographically to the best of
14   my ability.
15       I FURTHER CERTIFY that I am neither
16   counsel for nor related to nor employed by any of
17   the parties to this case and have no interest,
18   financial or otherwise, in its outcome.
19       IN WITNESS WHEREOF, I have hereunto set my
20   hand and affixed my notarial seal this 29th day
21   of August 2013.
22       My commission expires: July 31, 2017
23   _____
     LINDA S. KINKADE
24   NOTARY PUBLIC IN AND FOR
25   THE DISTRICT OF COLUMBIA
```

Highly Confidential

Page 329

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4   CARRIER CORPORATION,              •   Case No.

5        Plaintiff,                   •   12-930-SLR

6   v.                               •

7   GOODMAN GLOBAL, INC., GOODMAN    •

8   MANUFACTURING COMPANY, L.P.,     •

9   GOODMAN GLOBAL HOLDINGS, INC.,   •

10  GOODMAN DISTRIBUTION, INC.,      •

11  and GOODMAN SALES COMPANY,       •

12       Defendants.                 •

13                                   •

14  And Related Counterclaim         •

15

16      H I G H L Y   C O N F I D E N T I A L

17  VIDEOTAPED DEPOSITION OF 30(b)(6) DESIGNEE

18              RAJENDRA SHAH

19            Arlington, Virginia

20            August 28, 2013

21              8:38 a.m.

22  Job 65162

23

24  Reported by:  Linda S. Kinkade, RDR, CRR, RMR, CSR

25

Highly Confidential

Page 350

```
 1              R. SHAH
 2  that's a drawback of the system?
 3          MR. MCELDOWNEY:  Objection to form.
 4          THE WITNESS:  Given the technology at
 5  the time, the ability or lack thereof to update
 6  software in a field unit as it was designed in
 7  the early 2000's, yes, that is an opportunity for
 8  improvement given technological advances in the
 9  last decade.
10  BY MR. MORICO:
11      Q.  If I were to buy a brand-new system
12  today, in 2013, and install it in my house, and
13  you had developed a new AC unit three or four
14  years down the road, would the system I buy today
15  be able to operate with that new technology or
16  would it also have to have a software update in
17  the control of the thermostat?
18      A.  I would -- I would not say for sure,
19  but let me just say that the new -- one of the
20  advances we did along with the touchscreen and
21  the new Infinity system or system control
22  introduced last year is the ability to upgrade
23  software in the field.
24      So, to an extent -- and I can't predict
25  the future -- to the extent that software
```

Page 351

```
 1              R. SHAH
 2  upgrades can accommodate an entirely new piece of
 3  equipment in the future, a person can -- a system
 4  can be updated just using the software update
 5  functionality.
 6      Q.  And how is that done?  Does somebody
 7  actually have to go into the thermostatic control
 8  and download the updated software?
 9      A.  I'm looking at now very much our
10  latest and future activities, so this is
11  obviously confidential, but what we -- the first
12  version of this latest device you could upload
13  software using a USB port that was built into the
14  thermostat control, that is built into the
15  thermostat control, so you download the software
16  on a USB from our website and then upload it on
17  the thermostat.  However, realizing the
18  technologies are advancing in many aspects and we
19  are -- we need to keep up with it, our latest
20  variation of that, that we're coming up with,
21  will allow you to, not even need a USB port, but
22  because of its built-in Internet connectivity in
23  the thermostat itself, you can download software
24  online and the user can simply say, I want the
25  new software.
```

Page 352

```
 1              R. SHAH
 2      Q.  All right.  Is there any
 3  implementation where the software would actually
 4  be loaded in the control of the new AC unit, for
 5  example, and through the bus get downloaded to
 6  the thermostatic control or otherwise remain
 7  resident in the AC unit and operate off of its
 8  own software?
 9      A.  Are you saying --
10          MR. MCELDOWNEY:  Objection to form.
11          THE WITNESS:  Yeah.  Are you saying
12  that this is -- can you rephrase the question?
13  BY MR. MORICO:
14      Q.  Sure.  Is there any implementation of
15  the Infinity where the -- the new software for
16  the new unit, for example, this AC unit we've
17  been talking about, is embedded in the control of
18  the AC unit and then communicated to the
19  thermostatic control and downloaded that way or
20  remains resident in the AC control and it just
21  gets accessed through the AC control itself?
22          MR. MCELDOWNEY:  Same objection.
23          THE WITNESS:  Best I understand your
24  question, in the current implementation of our
25  system, we're still following the architecture
```

Page 353

```
 1              R. SHAH
 2  that we've talked about.  The system control
 3  functionality does not reside in any of the
 4  control and isn't available in them.  It is
 5  available in the system control/thermostat, and
 6  that's it.
 7  BY MR. MORICO:
 8      Q.  Okay.  So the only way to get that
 9  updated software for that new equipment is to
10  update the software and the thermostat?
11      A.  As of now in our current
12  implementation, that is true.
13      Q.  Is that changing at any time in the
14  future?
15      A.  I can't predict the future.
16      Q.  All right.  But there's no current
17  plans to change.
18      A.  No.
19      Q.  All right.  In the Infinity system do
20  any of the units other than the thermostat
21  control any other unit?
22          MR. MCELDOWNEY:  Objection, form.
23          THE WITNESS:  I think we'll have to
24  have the definition of the word "control"
25  verified.  From the communicating bus point of
```

7  (Pages 350 to 353)

Highly Confidential

Page 354

R. SHAH

1 view, any communicating unit does not control any
2 other communicating unit.  However, as we have
3 said earlier, there are noncommunicating units
4 that get relayed control outputs coming from
5 another one of the units, like a furnace could
6 have an output controlling its noncommunicating
7 single-stage air conditioner on command from the
8 system control.
9 BY MR. MORICO:
10     Q.  And is that -- the noncommunicating
11 units, are they connected through the bus?
12     A.  No.  By definition, they are
13 noncommunicating.
14         MR. MCELDOWNEY:  I'm going to take
15 this opportunity to mark the transcript highly
16 confidential.
17     (Exhibit No. 14 marked for
18 identification.)
19 BY MR. MORICO:
20     Q.  Mr. Shah, you've been handed what's
21 been marked as Shah Exhibit 14, which appears to
22 be an email from you dated March 21st, 2003, so
23 just shy of a year before the Infinity launch,
24 and it talks about ABCD, RS485 bus wiring.  The

Page 355

R. SHAH

1 subject is Re eXcalibur User Interface Spec, and
2 then at the bottom in point 3 it says, FCC
3 requirement/TV interface, and it says:
4         There is always the possibility
5         that some installations may have
6         trouble.  We have had pretty good
7         luck over the last six years using
8         Comfort Zone II systems
9         communicating over an RS485 bus on
10         regular thermostat wires with
11         multi-drop capability.
12     Do you see that?
13     A.  Yes.
14     Q.  What is that referring to?
15     A.  The Comfort Zone II system?
16     Q.  Yes.
17     A.  I think we went -- maybe we did talk
18 about the Comfort Zone II earlier when we were
19 talking about the field test in my home.
20         The Comfort Zone II system was a
21 predecessor to the Infinity where the wall
22 control communicated to an interface zone board
23 through a communication protocol and the same
24 hardware interface like RS485, and then the zone

Page 356

R. SHAH

1 board then had the discrete traditional equipment
2 outputs and inputs going to the traditional
3 equipment.  So that is the Comfort Zone II system
4 that is being referred to here.
5     Q.  So it used a RS485 hardware.  Did it
6 use a 4-wire bus or some other bus?
7     A.  It's been a long time... I believe so.
8 Best of my recollection, yes.
9     Q.  Did the interface zone board, was that
10 a communicating --
11         MR. MCELDOWNEY:  Objection to form.
12 BY MR. MORICO:
13     Q.  -- unit?
14     A.  The interface board communicated with
15 the wall control.
16     Q.  So was it a communicating unit, then?
17         MR. MCELDOWNEY:  Objection to form.
18         THE WITNESS:  It was a board that
19 communicated.  It was not a piece of equipment
20 such as a furnace or an air conditioner or a fan
21 coil.
22 BY MR. MORICO:
23     Q.  And what operations did it perform?
24     A.  In the Comfort Zone II system --

Page 357

R. SHAH

1     Q.  Correct.
2     A.  -- the zone -- I think it was called
3 the zone equipment interface, some name like
4 that, and that board had discrete outputs for
5 zone dampers, it had inputs for remote zone
6 temperature sensors, and it had discrete outputs
7 like a traditional thermostat for all the HVAC
8 equipment.  And it communicated with the
9 thermostat or wall control, and then it converted
10 those into the discrete inputs and outputs for
11 the equipment.
12     Q.  And so was the bus that connected the
13 zone equipment interface to the wall thermostat a
14 4-wire bus?
15     A.  I would not categorize that as a bus
16 because a bus, by definition, is multiple
17 entities all on the same bus.  This was a
18 one-on-one communication between the wall control
19 and this zone equipment interface.
20     Q.  Why does this document presumably you
21 wrote say that the Comfort Zone II systems
22 communicated over the RS485 bus?
23         MR. MCELDOWNEY:  Objection to form.
24         THE WITNESS:  That's, I guess, a use

8  (Pages 354 to 357)

Page 358

```
1              R. SHAH
2   of the language -- yes, it was used, but it is
3   not a bus in the sense that it has got multiple
4   devices all communicating together.
5   BY MR. MORICO:
6        Q. But it's got two devices communicating
7   together over 4-wire bus using an RS485 hardware;
8   is that fair?
9        MR. MCELDOWNEY: Objection to form.
10       THE WITNESS: Yes, I would say that it
11  is a two devices -- one-on-one communication
12  between the two devices over a 4-wire. To the
13  best of my recollection it was four wires, yes.
14  BY MR. MORICO:
15       Q. Okay.
16       (Exhibit No. 15 marked for
17  identification.)
18  BY MR. MORICO:
19       Q. I'm going to give you these two
20  together.
21       (Exhibit No. 16 marked for
22  identification.)
23       MR. MORICO: I anticipated you would
24  be here, Anders.
25       MR. FJELLSTEDT: Appreciate it.
```

Page 359

```
1              R. SHAH
2   BY MR. MORICO:
3        Q. So I've handed you two documents.
4   I've had them marked, one is 15, which is an
5   email from Chad Johnson to a variety of folks,
6   including yourself, dated May 2001, and it
7   references an attached document, which I have as
8   Exhibit 16, it's called IDEO Document.
9        IDEO, that was the outside consulting
10  company that Carrier employed in connection with
11  the eXcalibur Project, correct?
12       A. Yes.
13       MR. MCELDOWNEY: Objection to form.
14  BY MR. MORICO:
15       Q. All right. And is the Exhibit 16,
16  which is attached to the email of May 3rd, 2001,
17  a document that IDEO prepared?
18       A. This, of course, has been a long time,
19  but if I read the email from Chad Johnson, it
20  says, attached is my attempt at a working
21  document for IDEO.
22       Q. I see. So this was a document
23  prepared internally by Carrier for communication
24  with IDEO in connection with the work it was
25  performing on eXcalibur?
```

Page 360

```
1              R. SHAH
2        MR. MCELDOWNEY: Objection to form.
3        THE WITNESS: That appears to be the
4   case.
5   BY MR. MORICO:
6        Q. Okay. At the bottom of page 16 under
7   a section called Corporate Weaknesses, it says:
8            Dealers/distributors have a strong
9            influence on the purchase decision
10           made by a consumer, and if they do
11           not accept this program our
12           expected sales growth in the
13           program could suffer.
14       A. I'm sorry.
15       Q. First page of the document.
16       A. Oh.
17       Q. Sorry. The last sentence under
18  Corporate Weaknesses is what I read.
19       A. Okay.
20       Q. Do you agree with that statement?
21       A. Which part of the statement?
22       Q. The dealers/distributors have a strong
23  influence on the purchase decision made by a
24  consumer, and if they do not accept this program
25  the expected sales growth in the program could
```

Page 361

```
1              R. SHAH
2   suffer.
3        A. In general I would agree that the
4   dealers/distributors have a strong influence on
5   the purchase decision made by the consumer. And
6   so, therefore, there is a possibility -- I mean,
7   yes, their acceptance is important.
8        Q. All right. The program it's referring
9   to, that's eXcalibur, correct?
10       A. Again, it's been a long time and the
11  English is tough, but I'm reading this program so
12  I would agree that it would be the eXcalibur
13  program.
14       Q. Okay. And if you turn to the next
15  page, it talks about issues and features, and it
16  says, IDEO Feature Focus. Do you know what that
17  is?
18       A. Not off the top of my head. I would
19  have to read it.
20       Q. Okay.
21       A. Okay.
22       Q. So IDEO Feature Focus, was that
23  something that IDEO was focusing on or was that
24  something that Carrier had asked IDEO to focus
25  on?
```

9  (Pages 358 to 361)

Highly Confidential

Page 482

```
1                  R. SHAH
2                  ERRATA
3  NAME OF CASE: Carrier Corporation v. Goodman Global
4  DATE OF DEPOSITION: August 28, 2013
5  INSERT REASON FOR CHANGE:
6          1. To clarify the record.
           2. To conform to the facts.
7          3. To correct a transcription error.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18
19         _____
20         RAJENDRA SHAH
21
22 Subscribed and sworn to before me this _____ day
23 of _____ 20 __.
24 _____ (Notary Public)
25 My Commission expires: _____.
```

Page 483

```
1                  R. SHAH
2                  CERTIFICATE
3      I, LINDA S. KINKADE, Registered Diplomate
4  Reporter, Certified Realtime Reporter, Registered
5  Merit Reporter, Certified Shorthand Reporter, and
6  Notary Public, do hereby certify that prior to
7  the commencement of examination the deponent
8  herein was duly sworn by me to testify truthfully
9  under penalty of perjury.
10     I FURTHER CERTIFY that the foregoing is a
11 true and accurate transcript of the proceedings
12 as reported by me stenographically to the best of
13 my ability.
14     I FURTHER CERTIFY that I am neither
15 counsel for nor related to nor employed by any of
16 the parties to this case and have no interest,
17 financial or otherwise, in its outcome.
18     IN WITNESS WHEREOF, I have hereunto set my
19 hand and affixed my notarial seal this 30th day
20 of August, 2013.
21     My commission expires:  December 31, 2015
22 _____
23 NOTARY PUBLIC IN AND FOR
24 THE COMMONWEALTH OF VIRGINIA
25
```

# EXHIBIT 26

# REDACTED
# IN ITS
# ENTIRETY